
ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. (212) 637-2713
Fax (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
DIAHANNA MCCULLOCH,          :
                             :
            Plaintiff,       :
                             :
       - v. -                :
                             :    STIPULATION AND ORDER
                             :
                             :    08 Civ. 3480 (NRB)
MICHAEL J. ASTRUE,           :
Commissioner of              :
Social Security,             :
                             :
            Defendant.       :
                             :
- - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from June 9, 2008 to and including August 8, 2008. This extension is requested

because the administrative record has not yet been received by defendant's counsel. No previous extension has been requested in this case.

Dated: New York, New York
       May 9, 2008

                         BINDER & BINDER
                         Attorneys for Plaintiff

By: _____
CHARLES E. BINDER, ESQ.
215 Park Avenue South
6th Floor
New York, New York 10003
Telephone No: (212) 677-6801

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: _____
SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone No.: (212) 637-2713
Susan.Baird@usdoj.gov

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
5/20/08