


MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel: (212) 637-2713
Fax: (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
DIAHANNA MCCULLOCH,              :
                                 :
                    Plaintiff,   :
                                 :
           - v. -                :    STIPULATION AND ORDER
                                 :         OF REMAND
MICHAEL J. ASTRUE,               :
Commissioner of                  :    08 Civ. 3480 (NRB)
Social Security,                 :
                    Defendant.   :
                                 :
- - - - - - - - - - - - - - - - - -x

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further

administrative proceedings. The Clerk is directed to enter judgment. See <u>Shalala v. Schaefer</u>, 509 U.S. 292 (1993).

Dated: New York, New York
August 11, 2008

By: _____
BINDER & BINDER, PC
Attorneys for Plaintiff

CHARLES E. BINDER, ESQ.
215 Park Avenue South
6th Floor
New York, New York 10003
Telephone No. (212) 677-6801

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: _____
SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Telephone No. (212) 637-2713
Susan.Baird@usdoj.gov

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE